EDWARD H. KUBO, JR.        2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI       2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA        1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 21 2004

at 3 o'clock and 40 min P  M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. CR04-00033 HG |
| Plaintiff, ) | INDICTMENT |
| ) | [21 U.S.C. 863(a)] |
| vs. ) | |
| BYUNG DON HWANG,        (01) ) | |
| L & H, INC., doing      (02) ) | |
| business as "The Pump", ) | |
| Defendants. ) | |

**INDICTMENT**

Count 1:

The Grand Jury charges that:

On or about September 3, 2003 in the District of Hawaii, defendants BYUNG DON HWANG and L & H, INC., doing business as "The Pump", did knowingly, intentionally, and unlawfully sell drug paraphernalia, as that term is defined in Title 21, United States Code, Section 863(d), to wit: a glass pipe, a scale, and a

torch lighter,

In violation of Title 21, United States Code, Section 863(a), and Title 18, United States Code, Section 2.

Count 2:

The Grand Jury further charges that:

On or about October 1, 2003 in the District of Hawaii, defendants BYUNG DON HWANG and L & H, INC., doing business as "The Pump", did knowingly, intentionally, and unlawfully sell drug paraphernalia, as that term is defined in Title 21, United States Code, Section 863(d), to wit: a glass pipe and a torch lighter,

In violation of Title 21, United States Code, Section

863(a), and Title 18, United States Code, Section 2.

DATED: Honolulu, Hawaii, January 21, 2004.

A TRUE BILL.

/s/
_____
GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

By _____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Byung Don Hwang and L & H. Inc., USDC-Hawaii, Indictment.