PROB 34
(1/92)

**ORIGINAL**

Report and Order Terminating Probation/
Supervised Release

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 18 2008
at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

**United States District Court**

FOR THE

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.                                              Criminal No. CR 04-00033HG-01
                                                CR 04-00429HG-01

BYUNG DON HWANG

It appearing that the above named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on 6/1/2008, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

_____
CARTER A. LEE
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 12th day of June, 2008.

_____
HELEN GILLMOR
Chief U.S. District Judge