IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 7 2004

at 10 o'clock and 02 min. A M.
WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| United States of America | ) CR 04-00033HG |
| Plaintiff(s), | ) |
| vs. | ) |
| Byung Don Hwang, | ) |
| Defendant(s). | ) |

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Helen Gillmor United States District Judge in the above-entitled case, Passport Number 120740178 issued at Honolulu, HI, on AUG 21, 2000 to the above-named defendant, was surrendered to the custody of the Clerk of court on December 8, 2004 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:     FEB 04, 1953

Place of Birth:    Korea

Dated at Honolulu, Hawaii on December 8, 2004.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 27 2008

at 1 o'clock and 35 min. P M.
SUE BEITIA, CLERK

WALTER A.Y.H. CHINN, Clerk

By: _____
        Deputy Clerk

---

This will acknowledge receipt of Passport Number  previously surrendered to the Court pursuant to a prior Order of Court.

Date: 6/27/08          Signature: _____
                                        Owner of Passport